UNITED STATES of America, Plaintiff–Appellee,

v.

Michael MORRIS, Defendant–Appellant.

No. 11–5937.

United States Court of Appeals, Sixth Circuit.

Nov. 8, 2012.

Before: BATCHELDER, Chief Judge; McKEAGUE, Circuit Judge; and FORESTER, District Judge.*

---

\* The Honorable Karl S. Forester, Senior United States District Judge for the Eastern District of Kentucky, sitting by designation.

ALICE M. BATCHELDER, Chief Judge.

On appeal of this case to the United States Supreme Court, the Court vacated our judgment and remanded for further consideration in light of *Dorsey v. United States*, ── U.S. ──, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012).

Consequently, we **VACATE** the sentence imposed by the district court and **REMAND** this case to the district court with instructions to impose sentence consistent with *Dorsey*.